1  DANIEL G. BOGDEN
   United States Attorney
2  ANDREW W. DUNCAN
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  PHONE: (702) 388-6336
   FAX:  (702) 388-6020

5

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

```
                                          ┌─────────────────────────────┐
                                          │ ___FILED      ___RECEIVED    │
                                          │ ___ENTERED    ___SERVED ON   │
                                          │    COUNSEL/PARTIES OF RECORD │
                                          │  ┌───────────────────────┐   │
                                          │  │                       │   │
                                          │  │     SEP - 4 2013       │   │
                                          │  │                       │   │
                                          │  └───────────────────────┘   │
                                          │     CLERK US DISTRICT COURT  │
                                          │      DISTRICT OF NEVADA      │
                                          │ BY:_____ DEPUTY   │
                                          └─────────────────────────────┘
```

8  UNITED STATES OF AMERICA,

                   Plaintiff,
9
        v.
10
    KELLY CARN,
11
                   Defendant.
12

2:13-CR-346

INDICTMENT FOR VIOLATION OF:

26 U.S.C. §§ 5812, 5861(b), and 5871 –
Unlawful Receipt or Possession
26 U.S.C. §§ 5848(b), 5861(l), and 5871 –
Making a False Entry
26 U.S.C. §§ 5841, 5861(d), and 5871 -
Unlawful Possession of a Machine Gun

13  **THE GRAND JURY CHARGES THAT:**

14  **Count One**
    (Unlawful Receipt or Possession of a Machine Gun)

15  On or about September 9, 2011, in the State and Federal District of Nevada,

16  **KELLY CARN,**

17  defendant herein, did knowingly receive or possess a Colt M16A1 machine gun bearing serial

18  number 9506548; said machine gun having been transferred to him in contravention of chapter

19  53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

20  **Count Two**
    (Unlawful Receipt or Possession of a Machine Gun)

21  On or about November 1, 2011, in the State and Federal District of Nevada,

22  **KELLY CARN,**

23  defendant herein, did knowingly receive or possess a SWD M11 machine gun machine gun

24

1  bearing serial number 85-0005036; said machine gun having been transferred to him in

2  contravention of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections

3  5812, 5861(b), and 5871.

4
**Count Three**
(Unlawful Receipt or Possession of a Rifle)

5  On or about December 20, 2011, in the State and Federal District of Nevada,

6  **KELLY CARN,**

7  defendant herein, did knowingly receive or possess an HK 53 short-barrel rifle bearing serial

8  number A123291; said rifle having been transferred to him in contravention of chapter 53 of

9  Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

10
**Count Four**
(Unlawful Receipt or Possession of a Machine Gun Trigger Pack)

11  On or about December 20, 2011, in the State and Federal District of Nevada,

12  **KELLY CARN,**

13  defendant herein, did knowingly receive or possess a Norrell 10/22 machine gun trigger pack

14  bearing serial number 5886L; said trigger pack having been transferred to him in contravention

15  of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b),

16  and 5871.

17
**Count Five**
(Unlawful Receipt or Possession of a Machine Gun)

18  On or about December 20, 2011, in the State and Federal District of Nevada,

19  **KELLY CARN,**

20  defendant herein, did knowingly receive or possess a MAC 10 machine gun bearing serial

21  number 1-3006946; said machine gun having been transferred to him in contravention of

22  chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and

23  5871.

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Count Six**
(Unlawful Receipt or Possession of a Suppressor)

On or about December 20, 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, did knowingly receive or possess an RPB M10 suppressor bearing serial number S163; said suppressor having been transferred to him in contravention of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

**Count Seven**
(Unlawful Receipt or Possession of a Suppressor)

On or about December 20, 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, did knowingly receive or possess a Weapons Specialties 10/22 suppressor bearing serial number S120-08249; said suppressor having been transferred to him in contravention of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

**Count Eight**
(Unlawful Receipt or Possession of a Machine Gun)

On or about December 20, 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, did knowingly receive or possess an SWD M11 machine gun bearing serial number 86-0009288; said machine gun having been transferred to him in contravention of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

///

///

3

**Count Nine**
(Making a False Entry)

On or about October of 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, knowingly made and caused to be made a false entry on an application required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax Paid Transfer and Registration of Firearm) related to a RPB M10 suppressor bearing serial number S163, knowing such entry to be false, in violation of Title 26, United States Code, Sections 5848(b), 5861(l), and 5871.

**Count Ten**
(Making a False Entry)

On or about October of 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, knowingly made and caused to be made a false entry on an application required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax Paid Transfer and Registration of Firearm) related to a MAC 10 machine gun bearing serial number 13006946, knowing such entry to be false, in violation of Title 26, United States Code, Sections 5848(b), 5861(l), and 5871.

**Count Eleven**
(Making a False Entry)

On or about October of 2011, in the State and Federal District of Nevada,

**KELLY CARN,**

defendant herein, knowingly made and caused to be made a false entry on an application required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax Paid Transfer and Registration of Firearm) related to a Weapons Specialties 10/22 suppressor bearing serial number S120-08249, knowing such entry to be false, in violation of Title 26,

4

1   United States Code, Sections 5848(b), 5861(l), and 5871.

2   **Count Twelve**
(Making a False Entry)

3   On or about October of 2011, in the State and Federal District of Nevada,

4   **KELLY CARN,**

5   defendant herein, knowingly made and caused to be made a false entry on an application

6   required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax

7   Paid Transfer and Registration of Firearm) related to a Norrell 10/22 machine gun trigger pack

8   bearing serial number 5886L, knowing such entry to be false, in violation of Title 26, United

9   States Code, Sections 5848(b), 5861(l), and 5871.

10   **Count Thirteen**
(Making a False Entry)

11   On or about October of 2011, in the State and Federal District of Nevada,

12   **KELLY CARN,**

13   defendant herein, knowingly made and caused to be made a false entry on an application

14   required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax

15   Paid Transfer and Registration of Firearm) related to an HK short-barrel rifle bearing serial

16   number A123291, knowing such entry to be false, in violation of Title 26, United States Code,

17   Sections 5848(b), 5861(l), and 5871.

18   **Count Fourteen**
(Making a False Entry)

19   On or about October of 2011, in the State and Federal District of Nevada,

20   **KELLY CARN,**

21   defendant herein, knowingly made and caused to be made a false entry on an application

22   required by Chapter 53 of Title 26 by submitting a forged ATF Form 4 (Application for Tax

23   Paid Transfer and Registration of Firearm) related to an SWD M11 machine gun bearing serial

24

1  number 86-0009288, knowing such entry to be false, in violation of Title 26, United States

2  Code, Sections 5848(b), 5861(l), and 5871.

3  **Count Fifteen**
(Unlawful Possession of a Machine Gun)

4  On or about December 20, 2011, in the State and Federal District of Nevada,

5  **KELLY CARN,**

6  defendant herein, did knowingly possess a firearm, as defined by Title 26, United States Code,

7  Section 5845(b), namely, a machine gun, that is, a weapon capable of shooting automatically

8  more than one shot, without manual reloading, by a single function of the trigger, which was not

9  registered to him in the National Firearms Registration and Transfer Record, to wit, an HK

machine gun conversion kit with no serial number, in violation of Title 26, United States Code,

10  Sections 5841, 5861(d) and 5871.

11

**A TRUE BILL:**

12

This 4th day of September, 2013.

13

/s/
14                                                    _____
                                                     FOREPERSON OF THE GRAND JURY

15  DANIEL G. BOGDEN
United States Attorney

16

17

ANDREW W. DUNCAN
18  Assistant United States Attorney

19

20

21

22

23

24