```
1   CRAIG K. PERRY, Esq.
    info@1stoplawfirm.com
2   Nevada State Bar No.: 3786
3   CRAIG K. PERRY & ASSOCIATES
    8010 West Sahara Avenue, Suite 260
4   Las Vegas, NV 89117
    Phone: (702) 228-4777
5   Fax: (702) 943-7520
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8
9   UNITED STATES OF AMERICA,       )
                                    )
10              Plaintiff,          ) CASE NO. 2:13-cr-346-APG-GWF
                                    ) COURT ROOM NO.: 6C
11  vs.                             )
                                    )
12                                  )
    KELLY CARN,                     )
13                                  )
                Defendant.          )
14  _____)
```

### SUBSTITUTION OF ATTORNEY

Defendant, KELLY CARN, hereby substitutes CRAIG K. PERRY, Esq. Of CRAIG K. PERRY & ASSOCIATES, 8010 West Sahara Avenue, Suite 260 Las Vegas, Nevada 89117, telephone (702) 228-4777, as his attorney in the above-entitled action in the place and stead of Osvaldo Fumo, Esq.

DATED this 17th day of June, 2014.

_____
KELLY CARN

///

///

///

-1-

## CONSENT TO SUBSTITUTION OF ATTORNEYS

I HEREBY CONSENT to the substitution of CRAIG K. PERRY, Esq. as attorney for KELLY CARN in the above-entitled action in my place and stead.

DATED this ____ day of June, 2014.

_____
OSVALDO FUMO, Esq
Nevada Bar No. 005956
1212 S. Casino Center Blvd
Las Vegas, Nevada 89104
Telephone (702) 474-7554

## ACCEPTANCE OF SUBSTITUTION AS ATTORNEY FOR DEFENDANT

I HEREBY AGREE to be substituted in the place and stead of OSVALDO FUMO, Esq., in the above-entitled action as attorney for KELLY CARN, Defendant.

DATED this ____ day of June, 2014.

CRAIG K. PERRY & ASSOCIATES

_____
CRAIG K. PERRY, Esq.
Bar No.: 3786
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
(702) 228-4777
Attorney for Defendant

IT IS HEREBY ORDERED:

DATED this 20th day of ____June____, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

-2-