CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
info@1stoplawfirm.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Ave., Suite 260
Las Vegas, NV 89117
Telephone (702) 228-4777
Fax: (702) 943-7520

Attorney for Defendant
KELLY CARN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY CARN,<br><br>Defendants. | 2:13-cr-00346-APG-GWF<br><br><br><br>STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL<br><br>(THIRD REQUEST) |

IT IS HEREBY STIPULATED by and between KELLY CARN Defendant, by and through his counsel CRAIG K. PERRY, ESQ., and the United States of America, ANDREW DUNCAN, Assistant United States Attorney, that calendar call in the above-captioned matter currently scheduled for October 15, 2014, at the hour of 8:45 a.m., and the trial currently scheduled for October 20, 2014 at the hour of 9:00 a.m., be vacated and continued for ninety (90) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Defendant is not in custody. Counsel has spoken to defendant and he does not object to the continuance.

2. There is no objection from Assistant United States Attorney Andrew W. Duncan, to the continuance.

3. Counsel for Defendant needs additional time to adequately prepare for trial and to file a Motion for Return of Seized Property.

4. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the third request for a continuance of the trial date in this case.

DATED this 16th day of September, 2014.

| CRAIG K. PERRY & ASSOCIATES | DANIEL G. BOGDEN<br>UNITED STATES ATTORNEY |
|---|---|
| /s/ Craig K. Perry, Esq. | /s/ Andrew W. Duncan, Esq. |
| CRAIG K. PERRY, Esq.<br>8010 West Sahara Avenue, Suite 260<br>Las Vegas, Nevada 89117<br>Attorney for Defendant<br>KELLY CARN | ANDREW W. DUNCAN, Esq.<br>ASSISTANT UNITED STATES ATTORNEY<br>333 Las Vegas Boulevard South #5000<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff USA |

CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
infor@1stoplawfirm.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Ave., Suite 260
Las Vegas, NV 89117
Telephone (702) 228-4777
Fax: (702) 943-7520

Attorney for Defendant
KELLY CARN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| UNITED STATES OF AMERICA, | 2:13-cr-00346-APG-GWF |
|---|---|
| Plaintiff, | |
| Vs. | STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL |
| KELLY CARN, | |
| Defendants. | (THIRD REQUEST) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant is not in custody. Counsel has spoken to defendant and he does not object to the continuance.

2. There is no objection from Assistant United States Attorney Andrew W. Duncan, to the continuance.

3. Counsel for Defendant needs additional time to adequately prepare for trial and file a Motion for Return of Seized Property.

4. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

7. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), considering the factors under 18 U.S.C. 3161 (h)(7)(B)( i) and 3161 (h)(7)(B)(iv).

8. This is the third request for a continuance of the trial date in this case.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) (A), considering the factors under title 18 U.S.C. 3161 (h)(7)(B)(i) through Section 3161 (h)(7)(B)(iv).

## ORDER

**IT IS ORDERED** that calendar call currently scheduled for October 15, 2014, at the hour of 8:45 a.m., be vacated and continued to _____.

**IT IS FURTHER ORDERED** that the trial scheduled for October 20, 2014, at the hour of 9:00 a.m., be vacated and continued to _____.

**IT IS FURTHER ORDERED** that trial briefs, proposed vior dire questions, proposed jury instructions, and of the Government's prospective witnesses shall be submitted to the Court _____.

DATED this _____ of _____ 2014.

_____
**U.S. DISTRICT JUDGE**