George D. Karalis, M.D.
235 El Camino Del Mar
San Francisco, CA 94121-1114
(415) 668-6634
In Pro Se



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA
Plaintiff,

Case No. 2:13-cr-346 KJD-GWF

NOTICE OF INTENT (OF SEIZED-PROPERTY OWNER KARALIS) TO FILE A MOTION UNDER F.R.Crim.P Rule 41(g)

vs.

KELLY D. CARN,
Defendants
_____/

COMES NOW INTERESTED PARTY, George Demetrius Karalis, M.D., in pro per, and states his intent to file a Motion to Return Property pursuant to FRCrimP 41(g). This filing is not by itself a Motion.

This notice is being filed because the Court issued a Minute Order (Doc. #42 in this criminal case) requesting the parties to file a joint status report by 1-12-15.

The undersigned is now preparing his Motion, and will file it within a few weeks. The undersigned files this Notice simply to urge the Court not to order any release of property until Karalis's Motion can be heard.

In other words, the undersigned seeks to have his Motion considered *before* any action is taken upon the "joint status report", because Karalis, as a non-party cannot, and has not been invited to, add his comments to said report.

Therefore, the undersigned requests the Court not to act upon the forthcoming joint status report until his forthcoming 41(g) Motion is heard.

Irreparable damage would be done to the undersigned if the Court acted solely on the forthcoming joint status report, without acting upon undersigned's Motion first.

The undersigned is not a party in this criminal case, and has not filed a notice of related case. However, FRCrimP 41(g) confers standing to file upon "(A) person aggrieved", and therefore does not require the movant to be a party.

George Karalis is a civil Plaintiff in *Karalis v Carn* (2:12-cv-694). The relief, in damages and replevin, Plaintiff seeks in the civil action involves many of the same guns seized in the instant criminal proceeding, and, in that sense, the cases overlap. *If this criminal court releases the seized property to Defendant, Plaintiff will probably be unable to secure relief after a successful judgment in the civil matter, because defendant will have sold the guns, converted the monies to his own use, and otherwise stolen from the undersigned.*

The forthcoming Motion will be in the usual format approved by the Local Rules, and Oral Argument will be requested.

Respectfully submitted,

_____   Dated: 12-25-14
GEORGE DEMETRIUS KARALIS, M.D.
Movant and Interested Party Pro Se

## CERTIFICATE OF SERVICE BY MAIL

I, Florence NG reside at 233 el camino del mar, San Francisco, CA 94121-1114.

I am over the age of 21 years, and not a party to the within action. On _December 25, 2014_, I served by mail true copies of Plaintiff's

NOTICE OF INTENT (OF SEIZED-PROPERTY OWNER KARALIS) TO FILE A MOTION UNDER FR CRIM P 41(g). (one-page)

in the matter of *United States of America vs. Kelly Carn* (U.S. District Court Nevada # 2:13-cr-346 APG-GWF), by depositing same in a mailing receptacle maintained for receiving mailables and regularly maintained by the United States Postal Service/ I deposited the above items in a sealed envelope, first-class postage thereon fully prepaid, addressed as follows:

Joshua L. Benson, Esq.
10001 West Park Run Drive
Las Vegas, NV 89145

Shumway Van & Hansen
8985 South Eastern Avenue Suite # 100
Las Vegas, NV 89123

Kelly Carn, Sr.
7739 Radcliff
Las Vegas, NV 89123

Kelly Carn, Sr.
6560 Spencer Street #A3-115
Las Vegas, NV 89119

The Gun Vault, Inc.
7739 Radcliff
Las Vegas, NV 89123

The Gun Vault, Inc.
6560 Spencer Street #A3-115
Las Vegas, NV 89119

Marquis Aurbach Coffing, Esq.
Nick D. Crosby, Esq.
10001 Park Run Drive
Las Vegas, NV  89145

Christopher Oram, Esq.
520 South 4th Street / Second Floor
Las Vegas, NV  89101

Craig Perry, Esq.
8010 West Sahara Ave. #260
Las Vegas, NV  89117

Daniel G. Bogen, United States Attorney
Andrew Duncan, Esq.
333 South Las Vegas Blvd. #5000
Las Vegas, NV  89101

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Francisco City and County, State of California, on Dec. 25, 2014.

_____
Declarant

2