CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
info@1stoplawfirm.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Ave., Suite 260
Las Vegas, NV 89117
Telephone (702) 228-4777
Fax: (702) 943-7520
Attorney for Defendant
KELLY CARN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00346-APG-GWF |
| Plaintiff, | |
| Vs. | STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL |
| KELLY CARN, | |
| Defendants. | (FOURTH REQUEST) |

IT IS HEREBY STIPULATED by and between KELLY CARN Defendant, by and through his counsel CRAIG K. PERRY, ESQ., and the United States of America, ANDREW DUNCAN, Assistant United States Attorney, that calendar call in the above-captioned matter currently scheduled for January 21, 2015, at the hour of 8:45 a.m., and the trial currently scheduled for January 26, 2015 at the hour of 9:00 a.m., be vacated and continued for ninety (90) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Defendant is not in custody. Counsel has spoken to Defendant and he does not oppose the continuance.

2. Counsel has spoken to AUSA Andrew Duncan and he has no objection to the continuance.

3. There are pending matters that have not yet been resolved namely the return of items taken from defendant and whether the government, the ATF or another federal law-enforcement agency has the possession, custody or control of computers or computer hard drives belonging to defendant Carn and or The Gun Vault, Inc.

4. Defendant Carn is still trying to acquire evidence that was recovered by the Las Vegas Metro Police Department.

5. The parties need additional time to resolve the issue of the missing items and adequately prepare for trial.

6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

9. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), considering the factors under 18 U.S.C. 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

///

///

10. This is the fourth request for a continuance of the trial date in this case.

Dated this 14th day of January, 2015.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry, Esq.

_____
CRAIG K. PERRY, Esq.
8010 West Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Attorney for Defendant
KELLY CARN

Dated this 14th day of January, 2015.

DANIEL G BOGDEN
UNITED STATES ATTORNEY

/s/ Andrew Duncan, Esq.

_____
ANDREW DUNCAN, Esq.
ASSISTANT UNITED STATES ATTORNEY
333 Las Vegas Boulevard South #5000
Las Vegas, Nevada 89101
Attorney for Plaintiff USA

CRAIG K. PERRY, Esq.
Nevada Bar No. 3786
info@1stoplawfirm.com
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Ave., Suite 260
Las Vegas, NV 89117
Telephone (702) 228-4777
Fax: (702) 943-7520
Attorney for Defendant
KELLY CARN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>KELLY CARN,<br><br>　　　　　Defendants. | 2:13-cr-00346-APG-GWF<br><br>STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL<br><br>(FOURTH REQUEST) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant is not in custody. Counsel has spoken to defendant and he does not object to the continuance.

2. Counsel has spoken to AUSA Andrew Duncan and he has no objection to the continuance.

///

3. There are pending matter that have not yet been resolved namely the return of items taken from defendant and whether the government, the ATF or another federal law-enforcement agency has the possession, custody or control of computers or computer hard drives belonging to defendant Carn and or The Gun Vault, Inc.

4. Defendant Carn is still trying to acquire evidence that was recovered by the Las Vegas Metro Police Department.

5. The parties need additional time to resolve the issue of the missing items and adequately prepare for trial.

6. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for trial in this case, taking into account the exercise of due diligence.

7. Additionally, denial of this request for continuance would result in a miscarriage of justice.

8. For all the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

9. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), considering the factors under 18 U.S.C. 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

10. This is the fourth request for a continuance of the trial date in this case.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants in a speedy trial since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within

which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) (A), considering the factors under title 18 U.S.C. 3161 (h)(7)(B)(i) through Section 3161 (h)(7)(B)(iv).

## ORDER

**IT IS ORDERED** that calendar call currently scheduled for January 21, 2015, at the hour of 8:45 a.m., be vacated and continued to April 22, 2015 at 8:45 a.m., Courtroom 6C.

**IT IS FURTHER ORDERED** that the trial scheduled for January 26, 2015, at the hour of 9:00 a.m., be vacated and continued to April 27, 2015 at 9:00 a.m., Courtroom 6C.

**IT IS FURTHER ORDERED** that trial briefs, proposed vior dire questions, proposed jury instructions, and of the Government's prospective witnesses shall be submitted to the Court 12:00 p.m., April 27, 2015.

DATED this 20th of January, 2015.

_____
U.S. DISTRICT JUDGE