# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:13-cr-00346-APG-GWF |
| vs. | **ORDER** |
| KELLY CARN, | |
| Defendant. | |

This matter is before the Court on Defendant Kelly Carn's Motion for Return of Property (#30), filed on September 22, 2014, the parties' Joint Status Report (#37), filed on November 12, 2014, Order (#39), issued on November 24, 2014, Status Report (#40), filed by the Plaintiff USA on December 5, 2014, Status Report (#41), filed by Defendant Carn on December 5, 2014, Order (#42), issued on December 18, 2014, and Stipulation (#45), filed on January 6, 2015.

The Parties were instructed to advise the Court on the remaining issues regarding Defendant Carn's Motion for Return of Property (#30) by January 19, 2015. No such status report has been filed. The Parties will update this Court as to the status of the remaining issues with the Motion for Return of Property (#30) by **Friday, January 23, 2015**.

**IT IS SO ORDERED**.

**DATED** this 20th day of January, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge