# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>KELLY CARN<br><br>          Defendant. | 2:13-CR-00346-APG-GWF<br><br>Order to Continue Response Date and Hearing Date |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the Government's Response and Court Hearing regarding the Rule 41 Motion for Return of Property in the above-captioned matter be vacated and continued to Thursday, March 2, 2017 at 9:30 am in Courtroom 3A. The Government shall file its Response by February 16, 2017.

DATED this 3rd day of January, 2017

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

2