DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*
Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-346-APG-GWF |
| Plaintiff, | |
| v. | |
| KELLY CARN, | **JOINT MOTION FOR ENTRY OF SCHEDULING ORDER** |
| Defendant. | |

Plaintiff the United States and Defendant Kelly Carn, by and through their counsel, stipulate and agree to request the Court to enter a scheduling order as follows:

1. Carn shall file a response to the United States' Response to Defendant's Motion for Return of Seized Property (ECF No. 113) on or before April 3, 2017.

2. Carn and the United States shall also file a Joint Status Report regarding their efforts to resolve the issues between them, on or before April 3, 2017.

3. The United States shall file a reply brief in response to the brief described in Paragraph 1 above, on or before April 17, 2017.

4. A further hearing in this matter shall be set for a date on or after May 1, 2017.

Dated: March 2, 2017

| For the United States: | For the Defendant: |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | /s/ signature<br>CRAIG PERRY, ESQ.<br>CRAIG K. PERRY & ASSOCIATES<br>Counsel for Kelly Carn |
| */s/ Roger W. Wenthe*<br>ROGER W. WENTHE<br>Assistant United States Attorney | |

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 03/07/2017

2