# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY CARN,<br><br>Defendants. | Case No. 2:13-cr-0346-APG-GWF<br><br>**ORDER REQUIRING MEET & CONFER ABOUT PENDING MOTIONS**<br><br>(ECF Nos. 109, 114, 127, 133, 135) |

Pending in this case are various motions, a notice of lien, a Report and Recommendation, and an objection. ECF Nos. 109, 114, 127, 133, 135. Those papers address possession of various guns that were seized in connection with this case. A civil lawsuit (2:12-cv-00694) filed by George Karalis against Kelly Carn and others also addresses possession of those guns. That civil lawsuit was recently settled. Although I am unaware of the terms of the settlement, I suspect it renders moot the filings pending in this case.

IT IS THEREFORE ORDERED that the parties (or their counsel) to this criminal case (including the Government, Carn, and Interested Parties Karalis and Metro) shall confer about the pending filings and notify the court whether any of those filings remains active. The parties shall file a joint status report about those filings by **November 2, 2017**. If the parties cannot agree on the status of those filings, they shall file individual reports by that same date. If no reports are filed by November 2, 2017, the pending motions will be deemed moot and denied without prejudice.

DATED this 16th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE