UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KELLY CARN,<br><br>　　　　　　　　Defendants. | Case No. 2:13-cr-0346-APG-GWF<br><br>**ORDER GRANTING MOTION TO WITHDRAW FILED DOCUMENTS AND DENYING PENDING MOTIONS**<br><br>(ECF Nos. 114, 120, 127, 133, 135, 141) |

George Karalis' motion to withdraw his previously filed documents **(ECF No. 141) is granted.** Karalis' notice of lien **(ECF No. 114)** and motion for writ of attachment **(ECF No. 120) are withdrawn.** Defendant Kelly Carn's partial joinder to the United States' response **(ECF No. 127) is denied without prejudice as moot.** Magistrate Judge Foley's Report and Recommendation **(ECF No. 133) is accepted**, and Karalis' objection to that Report and Recommendation **(ECF No. 135) is denied as moot.**

DATED this 15th day of November, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE