# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No. 2:13-cr-346-APG-GWF
      Plaintiff, )
  v. )
KELLY CARN, ) **ORDER APPROVING CONSIGNEE**
      Defendant. )

The Court having considered the United States' Motion for Approval of Consignee (the Motion), and good cause therefor having been shown,

IT IS HEREBY ORDERED:

1. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is hereby authorized to enter into the Consignment Agreement attached to the Motion as Exhibit B;

2. In the case of consigned firearms governed by the National Firearms Act, the last legal transferee of each of the consigned firearms shall provide a signed ATF Form 5, Application for Tax Exempt Transfer and Registration of Firearm, to the ATF for that firearm, showing Spartan Arms & Range Supplies LLC (Spartan) as the proposed transferee; and

///

///

///

///

///

///

3. Spartan shall not sell any of the consigned firearms to Defendant Kelly Carn, or to any of his attorneys, agents, or relatives, and Spartan shall not permit Defendant Kelly Carn, or any of his attorneys, agents, or relatives, to have any influence of any kind regarding the terms and conditions of any sale of the consigned firearms, including the sales price, the identity of the purchaser, or any other term or condition of the sale.

Date: May 29, 2018

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE