**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-346-APG-GWF |
| Plaintiff, ) | |
| v. ) | |
| KELLY CARN, ) | **ORDER APPROVING PAYMENT INTO** |
| Defendant. ) | **COURT BY CONSIGNEE** |

The Court having considered the United States' Motion for Order Approving Payment Into Court by Consignee (the Motion), and good cause therefor having been shown,

**IT IS HEREBY ORDERED**:

1. The Consignee, Spartan Arms & Range Supplies LLC (Spartan), is hereby authorized to deposit with the Clerk of Court the net proceeds of the sales of the firearms under the Consignment Agreement previously approved by the Court; and

2. Each deposit by Spartan shall be accompanied by a copy of this Order.

Date: 4/09/2019    _George Foley Jr._
                    UNITED STATES MAGISTRATE JUDGE

2