# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-346-APG-EJY |
| Plaintiff, | ) | |
| v. | ) | |
| KELLY CARN, | ) | **Order** |
| Defendant. | ) | |

The Court having considered the United States' Motion for Extension of Time (ECF No. 167), and good cause therefor appearing, IT IS HEREBY ORDERED:

The United States' reply brief on its Motion to Discharge Consignee shall be due on or before January 21, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 7, 2020